**Wayne Nelson CUNDAY,
Plaintiff–Appellant,**

v.

**DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON STATE, Defendant–Appellee.**

**No. 07–35925.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2009.*

Filed Feb. 11, 2009.

Wayne Nelson Cunday, Spokane, WA, pro se.

Heidi S. Holland, Esquire, Kelly E. Konkright, Esquire, Office of the Attorney General, Spokane, WA, for Defendant–Appellee.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Wayne Nelson Cunday appeals pro se from the district court's order dismissing his amended complaint for failure to state a claim under Federal Rule of Civil Procedure 8(a). We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion dismissal of an amended complaint for failure to comply with Rule 8.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*McHenry v. Renne,* 84 F.3d 1172, 1177 (9th Cir.1996). We affirm.

The district court correctly determined that no claim was stated by the amended complaint, which consists of one sentence: "Plaintiff alleges: 1. Violates my CONSTITUTIONAL RIGHTS, IS ARBITRARY AND OR CAPRICIOUS." *Cunday v. Dep't of Soc. & Health Servs.,* No. 07–cv–00046–LRS, slip op. at 1 (E.D. Wash. June 25, 2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.